10768957

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:20CR311-1 |
| CHE L. SIMONS | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CHE L. SIMONS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of Supervised Release imposed by the Eastern District of Wisconsin on 1/22/2020.

Date: 01/26/2024

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Samantha S. Hicks, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ RECEIVED JAN 2 6 2024 US Marshals Service, M/NC | *Arresting officer's signature* _____ *Printed name and title* |